FILED

MAR 29 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )   No. 1:11-CR-00034 OWW
                                    )
    vs.                             )   ORDER OF RELEASE
                                    )
VICTOR AGUILAR-ANGUIANO,            )
                                    )
        Defendant.                  )
_____)

The above named defendant having been sentenced to Time Served on March 28, 2011,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: March 29, 2011

_____
HONORABLE OLIVER W. WANGER
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1